CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
## CIVIL DOCKET FOR CASE #: 8:06-cv-00326-DKC
### Internal Use Only

Essex Insurance Company v. MDRB Corp. et al
Assigned to: Judge Deborah K. Chasanow
Cause: 28:1332 Diversity-Insurance Contract

Date Filed: 02/08/2006
Jury Demand: None
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Essex Insurance Company**     represented by **Sean M Hanifin**
Ross Dixon and Bell
2001 K St NW
Washington, DC 20006
12026622000
Fax: 12026622190
Email: shanifin@rdblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MDRB Corp.**     represented by **Gerald W Heller**
*trading as*                    Linowes and Blocher LLP
Ramada Limited Corp.            7200 Wisconsin Ave Ste 800
Bethesda, MD 20814-4842
13019615178
Fax: 13016542801
Email: gheller@linowes-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amina Farooq**
*as personal representative of Estate of
Nair Farooq*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2006 | 1 | COMPLAINT for Declaratory Relief against MDRB Corp., Amina Farooq ( Filing fee $ 250 Paid, Receipt Number 84637004264.), filed by Essex Insurance Company. (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(jc, Deputy Clerk) Modified on 2/9/2006 (elt, Deputy Clerk). |

| | | |
|---|---|---|
| | | (Entered: 02/08/2006) |
| 02/08/2006 | 2 | Local Rule 103.3 Disclosure of Affliliations and Financial Interest. (jc, Deputy Clerk) (Entered: 02/08/2006) |
| 02/09/2006 | 3 | Summons Issued 20 days as to MDRB Corp., Amina Farooq. (elt, Deputy Clerk) (Entered: 02/09/2006) |
| 03/09/2006 | 4 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by MDRB Corp.. Responses due by 3/27/2006 (Heller, Gerald) (Entered: 03/09/2006) |
| 03/09/2006 | 5 | PAPERLESS ORDER GRANTING 4 Consent Motion for Extension of Time to Answer MDRB Corporation's answer due 4/20/2006. Signed by Judge Deborah K. Chasanow on 3/9/06. (Chasanow, Deborah) (Entered: 03/09/2006) |
| 04/20/2006 | 6 | MOTION to Dismiss *for Improper Venue or, in the alternative, to Transfer* by MDRB Corp.. Responses due by 5/8/2006 (Attachments: # 1 Exhibit 1)(Heller, Gerald) (Entered: 04/20/2006) |
| 05/03/2006 | 7 | Memorandum re 6 MOTION to Dismiss *for Improper Venue or, in the alternative, to Transfer (Opposition to Same)* filed by Essex Insurance Company. (Attachments: # 1 Exhibit Cert of Deepak Bhatnagar# 2 Exhibit MDRB's memo in opp to motion to remand# 3 Exhibit Order denying motion to remand)(Hanifin, Sean) (Entered: 05/03/2006) |
| 05/05/2006 | 8 | SUMMONS Returned Executed by Essex Insurance Company. Amina Farooq served on 4/12/2006, answer due 5/2/2006. (Hanifin, Sean) (Entered: 05/05/2006) |
| 05/17/2006 | 9 | REPLY to Response to Motion re 6 MOTION to Dismiss *for Improper Venue or, in the alternative, to Transfer* filed by MDRB Corp.. (Attachments: # 1 Affidavit)(Heller, Gerald) (Entered: 05/17/2006) |
| 06/07/2006 | 10 | MEMORANDUM OPINION. Signed by Judge Deborah K. Chasanow on 6/7/06. (Chasanow, Deborah) (Entered: 06/07/2006) |
| 06/07/2006 | 11 | ORDER DENYING 6 Motion to Dismiss, GRANTING Motion to Transfer Venue, TRANSFERRING this case to the District of Columbia and DIRECTING the Clerk of Court to effectuate transfer and CLOSE this case. Signed by Judge Deborah K. Chasanow on 6/7/06. (Chasanow, Deborah) (Entered: 06/07/2006) |
| 06/07/2006 | | ***Civil Case Terminated. (rank, Deputy Clerk) (Entered: 06/07/2006) |
| 06/08/2006 | 12 | Correspondence to the Clerk, USDC for the District of Columbia re: Transferring Case. (rank, Deputy Clerk) (Entered: 06/08/2006) |