**EXHIBIT C**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### COMPLAINT

No. F0629102

District of Columbia ss:

Defendant's Name: Travis Littlejohn                                   543830         02145315
_____
              (First)           (MI)        (Last)                   (PDID)          (CCNO)

Address: _____


On or about September 28, 2002, within the District of Columbia, Travis Littlejohn, while armed with a knife, assaulted Nadir Farooq with intent to murder him. (Assault With Intent To Murder While Armed, in violation of 22 D.C. Code, Section 403, 2103, 4502 (2001 ed.))


Co-Defendants:




                                                              _____
                                                                    Affiant's Name

Subscribed and sworn to before me this  28  day of           September, 2002
                                                              _____
                                                                   (Judge) (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   **WHEREAS** the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**


Issued _____
                                                                    Judge
                                                   Superior Court of the District of Columbia

| Sex: Male | DOB: 04/06/1985 | CCN: 02145315 | PDID: 543830 |
|---|---|---|---|
| Papering Officer: Kimberley J Metivier | | | Badge No.: D20371 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I ☐   AFTC ☑   Domestic ☐ |