**EXHIBIT D**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

**COMPLAINT**

No. F0666902

District of Columbia ss:

CLERK OF SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CRIMINAL DIVISION

**Defendant's Name:** Travis Littlejohn

2007 OCT 16 P 1:29    02145315

(First)   (MI)   (Last)              (PDID)    (CCNO)

**Address:**

RECEIVED

Travis Littlejohn, within the District of Columbia, while armed with a knife, and with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of ___ ___ ___ ___ death or serious bodily injury to another, caused the death of Nadir Farooq by stabbing him with ___ ___ ___ ___ ___ ___ ___, thereby causing injuries from which Nadir Farooq died on or about October 7, 2002. (Second Degree Murder **While Armed, in violation of 22 D.C. Code, Sections 2103, 4502 (2001 ed.))**

Co-Defendant:

_____
Affiant's Name

Subscribed and sworn to before me this ___16___ day of _____October, 2002_____

_____
(Judge) (Deputy Clerk)

### WARRANT

To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:
   WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.

**Issued** _____

Judge
Superior Court of the District of Columbia

| Sex: Male | DOB: 04/03/1985 | CCN: 02145315 | PDID: |
|---|---|---|---|
| Papering Officer: Kimberley J Metivier | | | Badge No.: D20371 |

**OFFICER MUST EXECUTE RETURN**

| Officer Name: | | Date / Time: |
|---|---|---|
| AUSA Signature: | | Fel. ☒  AFTC ☐  Domestic |

29