**EXHIBIT E**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. F-6669-02 |
| v. | ) | |
| **TRAVIS B. LITTLEJOHN** | ) | JUDGE ERIK P. CHRISTIAN |

### VERDICT FORM

IA.  With respect to the charge of <u>SECOND DEGREE MURDER WHILE ARMED</u>, as set forth in the indictment we, the jury, find the defendant:

\_\_\_\_ Guilty                    ✓ Not Guilty

(IF THE JURY FINDS THE DEFENDANT "GUILTY" OF THE GREATER OFFENSE OF SECOND DEGREE MURDER WHILE ARMED, THE JURY SHOULD <u>NOT</u> CONSIDER THE LESSER OFFENSE OF VOLUNTARY MANSLAUGHTER WHILE ARMED. IF THE JURY FINDS THE DEFENDANT "NOT GUILTY" OF THE GREATER OFFENSE OF SECOND DEGREE MURDER WHILE ARMED, THE JURY SHOULD THEN CONSIDER THE LESSER INCLUDED OFFENSE OF VOLUNTARY MANSLAUGHTER WHILE ARMED.)

IB.  With respect to the charge of <u>VOLUNTARY MANSLAUGHTER WHILE ARMED</u>, a lesser-included offense of Second Degree Murder while Armed, we, the jury, find the defendant:

✓ Guilty                    \_\_\_\_ Not Guilty

*Jeannette Murphy* #5
**FOREPERSON, Juror #**

November 15, 2004
**DATE**

55

1