**EXHIBIT F**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America

V.

TRAVIS LITTLE JOHN

JUDGMENT IN A CRIMINAL CASE

Case Number: F-6669-02

PDID No.  543-830

## THE DEFENDANT:

☐ ENTERED A PLEA OF GUILTY TO COUNT (S) _____

☒ WAS FOUND GUILTY ON COUNT (S) "C"
AFTER A PLEA OF NOT GUILTY.

| Count | Nature of Charges | Title & Section | Date Offense Concluded |
|-------|-------------------|-----------------|------------------------|
| Count C | Manslaughter w/Armed (Vol.) | 22-2405, 3102 | Sep. 28, 2002 |

## SENTENCE OF THE COURT

COUNT "C" (180) ONE HUNDRED EIGHTY MONTHS IN JAIL FOLLOWED BY (5) FIVE YEARS OF SUPERVISED RELEASE.  DEFENDANT TO PAY $100.00 PURSUANT TO VVCC - TO BE TAKEN FROM JAIL PAY.

☒ The defendant is hereby committed to the custody of the Attorney General to be imprisoned for a total term of,

(180) ONE HUNDRED EIGHTY MONTHS        ☐ MANDATORY MINIMUM term of _____ applies.

☒ Upon release from imprisonment, the defendant shall be on supervised release for a term of    (5) FIVE YEARS

☐ The Court makes the following recommendations to the Bureau of Prisons:

Costs in the aggregate amount of $ 100.00 [ONE HUNDRED DOLLARS] have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have,  ☒ have not been paid.

March 4, 2005
Date

Erik P. Christian
Judge

ERIK P. CHRISTIAN, Associate Judge"
Name and Title of Judicial Officer

Certification by Clerk pursuant to Criminal Rule 32(d).

March 4, 2005
Date

MALCOLM P. DREWERY, I
Deputy Clerk

nunc pro tunc
3/3/05

28