UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

Essex Insurance Company,

  Plaintiff,

v.

MDRB Corp. t/a Ramada Limited Corp.,

and

Amina Farooq, as personal representative of
Estate of Nadir Farooq

  Defendants.

CIVIL ACTION NO.

### DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST OF PLAINTIFF ESSEX INSURANCE COMPANY PURSUANT TO LOCAL RULE 103.3

  Plaintiff Essex Insurance Company ("Essex"), by counsel and pursuant to Local Rule 103.3, herby discloses that Markel Corporation, a publicly-traded company, is the sole owner of Essex. From the perspective of Essex, no other business entity has any financial interest in the outcome of this case.

332858 v 1

Dated: February 7, 2006

By:   /s/   Sean M. Hanifin

Sean M. Hanifin, D. Md. Bar No. 24274
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Plaintiff*
*Essex Insurance Company*

**Of Counsel:**
Benjamin C. Eggert
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

332858 v 1