# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (GREENBELT DIVISION)

| | |
|---|---|
| ESSEX INSURANCE CO., | * |
| Plaintiff, | * |
| v. | *   Civil Action No. DKC06CV326 |
| MDRB CORP., *et al.*, | * |
| Defendants. | * |

## DEFENDANT MDRB CORPORATION'S CONSENT MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel, files this Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint in this matter. As grounds for this Motion, MDRB states as follows:

1. Per Plaintiff's counsel's request, undersigned counsel accepted service of process of the Complaint on or about February 17, 2006.

2. On March 8, 2006, MDRB's undersigned counsel spoke with plaintiff's counsel, Benjamin G. Eggert, who consented to the extension of time requested in this Motion.

WHEREFORE, MDRB respectfully requests that this Consent Motion be granted and that the time for MDRB to answer, move, or otherwise respond to the Complaint be extended to and including April 20, 2006.

Dated:  March 9, 2006

                Respectfully submitted,

                **LINOWES AND BLOCHER LLP**

                By: _____/s/_____
                   Gerald W. Heller
                Bar No.: 9145
                   Gareth S. Smith
                Bar No.: 16661

                7200 Wisconsin Avenue, Suite 800
                Bethesda, MD 20814-4842
                Telephone: (301) 654-0504
                Facsimile: (301) 654-2801
                E-Mail:  gheller@linowes-law.com
                     gsmith@linowes-law.com

                Attorneys for Defendant,
                MDRB Corp. t/a Ramada Limited Corp.

**APPROVED AND SO ORDERED** this _____ day of _____, **2006.**

                _____
                Judge, United States District Court
                for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March, 2006, a copy of the foregoing Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint was sent by first-class, postage prepaid U.S. mail to:

Sean M. Hanifin
Benjamin G. Eggert
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Amina Farooq, as personal representative of
Estate of Nadir Farooq
328 16th Street, S.E.
Washington, D.C. 20003

By: _____/s/_____
Gerald W. Heller

L&B 581202v1