AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

ESSEX INSURANCE COMPANY

V.

MDRB CORP. t/a RAMADA LIMITED CORP., and
AMINA FAROOQ, as personal representative
of ESTATE OF NADIR FAROOQ

**SUMMONS IN A CIVIL CASE**

CASE **DKC 06 CV 326**

NOTICE - This case is subject to electronic filing.
Information on electronic filing procedures and how to
register to use the electronic filing system can be found
at: www.mdd.uscourts.gov

TO: (Name and address of Defendant)

Amina Farooq, as personal representative of Estate of Nadir Farooq
328 - 16th Street, S.E.
Washington, D.C.   20003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean M. Hanifin, Esq.
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C.   20006

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                              02-09-06
CLERK                                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | TIME |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/12/06 | 8:21 AM |
| NAME OF SERVER *(PRINT)* <br> Ambiko Guice | TITLE <br> Private Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were   Katrina Johnson, niéce

☐ Returned _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed   4/12/06
           Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*and Exhibits A-F

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.