AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Essex Insurance Company

    Plaintiff(s)    )
          ) **APPEARANCE**
          )
      vs.     ) CASE NUMBER 1:06-cv-01086-HHK
MDRB Corp. t/a Ramada Ltd. Corp. )
Amina Farooq, as personal representative of the )
Estate of Nadir Farooq
    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  **Sean M. Hanifin**  as counsel in this
           (Attorney's Name)

case for: **Plaintiff Essex Insurance Company**
     (Name of party or parties)

June 23, 2006
Date

_____
Signature
Sean M. Hanifin,
Print Name

358347
BAR IDENTIFICATION

Ross, Dixon & Bell LLP, 2001 K Street NW
Address

Washington, DC 20006-1040
City  State  Zip Code

(202) 662-2000
Phone Number