UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX INSURANCE CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-01086-HHK |
| | * | |
| MDRB CORP., *et al.*, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT MDRB CORPORATION'S CONSENT MOTION TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel, files this Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint in this matter. As grounds for this Motion, MDRB states as follows:

1. On June 15, 2006, this Court received the above-captioned case, which was transferred from the U.S. District Court for the District of Maryland (Greenbelt Division).

2. On June 29, 2006, an associate of MDRB's undersigned counsel spoke with plaintiff's counsel, Benjamin C. Eggert, who consented to the extension of time requested in this Motion.

WHEREFORE, MDRB respectfully requests that this Consent Motion be granted and that the time for MDRB to answer, move, or otherwise respond to the Complaint be extended to and including July 14, 2006.

Dated: June 30, 2006

                                                  Respectfully submitted,

                                                  **LINOWES AND BLOCHER LLP**

                                                  By:  /s/  *Gerald W. Heller*
                                                        Gerald W. Heller
                                                Bar No.: 342857
                                                7200 Wisconsin Avenue, Suite 800
                                                Bethesda, MD 20814-4842
                                                Telephone: (301) 654-0504
                                                Facsimile: (301) 654-2801
                                                E-Mail:  gheller@linowes-law.com

                                                Attorney for Defendant,
                                                MDRB Corp. t/a Ramada Limited Corp.

**APPROVED AND SO ORDERED this \_\_\_\_\_ day of _____, 2006.**

                                                _____
                                                Judge, United States District Court
                                                for the District of Columbia

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 30th day of June, 2006, a copy of the foregoing Consent Motion to Extend Time to Answer, Move, or Otherwise Respond to the Complaint was sent by first-class, postage prepaid U.S. mail to:

Sean M. Hanifin
Benjamin G. Eggert
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Amina Farooq, as personal representative of
Estate of Nadir Farooq
328 16th Street, S.E.
Washington, D.C. 20003

                                        By:  /s/ *Gerald W. Heller*
                                                  Gerald W. Heller

L&B 644704v1