UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL - 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060-6148

    Plaintiff,

v.

CIVIL ACTION NO: 06-01086
(HHK)

MDRB Corp. T/a Ramada Limited Corp.,
14512 Stratfield Circle
Laurel, MD 20707
Prince Georges County) an

Amina Farooq, as personal representative of
Estate of Madir Farooq
328 16th Street, SE
Washington, DC 20003

    Defendants.

### MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

Comes now the defendant, Amina Farooq, Personal Representative of the Estate of Nadir Farooq, deceased, by and through her Attorney, Othello C. Jones Jr, respectfully request:

A.    Continuance of the initial scheduling conference scheduled in this matter for July 10, 2006 and for reasons therefore states as follows:

    (1)    that counsel for the Estate of Nadir Farooq never received a notice of the pendency of this matter from this court.

    (2)    that on or about June 29, 2006, defendant's counsel received telephone call from this counsel concerning the scheduling conference scheduled herein.

    (3)    that this counsel faxed to defendant's counsel a copy of the court's order for initial scheduling conference as well as it's complaint for declaratory relief. Attached is copy transmittal.

    (4)    that defendant's counsel has received no notice from the court concerning the pendency of initial scheduling conference

(5) that defendant's counsel had no notice or knowledge of the initial scheduling conference prior to his telephone conversation and receipt of faxed information from this counsel.
(6) that approximately a year ago, defendant's counsel scheduled his vacation from July 1 through July 24, 2006.
(7) that defendant's counsel will be on vacation out of the country on the date of the initial scheduled conference.
(8) that defendant respectfully request that this matter be continued for sixty days to allow her counsel time to review the file and to file response to the matter therein.

Wherefore, the defendant's prays:

(1) that the court continue the initial scheduling conference for sixty days from the date of its order;
(2) and for such other and further relief as this court may deem just and proper.

Othello C. Jones, Jr. #25031-A
Anacostia Professional Building
2041 Martin Luther King Jr. Ave. SE Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed to Attorney for Plaintiff, Benjamin C. Eggert, Esq. Ross, Dixon and Bell, LLP 2001 K. St. NW, Washington, DC 20206-1040 and Attorney for MDRB Gareth S. Smith, Esq. Saul Ewing LLD, 1025 Thomas Jefferson St. NW, Suite 425, Washington, DC 20207.

Othello C. Jones, Jr. #25031-A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060-6148

      Plaintiff,

                                                     CIVIL ACTION NO: 06-01086

v.

MDRB Corp. T/a Ramada Limited Corp.,
14512 Stratfield Circle
Laurel, MD 20707
Prince Georges County) an

Amina Farooq, as personal representative of
Estate of Madir Farooq
328 16th Street, SE
Washington, DC 20003

      Defendants.

## POINTS AND AUTHORITIES

(1)    Count Jacket herein
(2)    Civil Rule of this Court.

_____
Othello G. Jones, Jr. #25031-A
Anacostia Professional Building
2041 Martin Luther King Jr. Ave. SE Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Defendant