*Othello G. Jones, Jr.*
*Attorney and Counselor at Law*
*Anacostia Professional Building*
*2041 Martin Luther King, Jr. Avenue, S.E.*
*Suite 244*
*Washington, D.C. 20020*
*(202) 889-1010 Fax (202) 889-1375*
*E-Mail: OGJones@aol.com*

*Also Admitted in Maryland*

*Maryland Office*
*8555 Milford Avenue*
*Silver Spring, Maryland 20910*

## FACSIMILE TRANSMITTAL COVER SHEET

Date: 7-5-06

TO: Mr. Joe Burgess
FROM: Lee McLean
FAX: 202 354-3008

REFERENCE: Essex Insurance Company vs. MDRB et al
Case No. 06-01086 (HHK)

TOTAL NUMBER OF PAGES: 7  (INCLUDING COVER SHEET)

*If you have difficulty in receiving any pages, please contact Yolanda Gantt immediately at (202) 889-1010. THANK YOU!*

Notes: Mr. Jones entered his appearance for this motion only. Another counsel will be retained. Other counselors in this case have consented to this request. Mr. Jones is the Attorney of Record in Case No. 06-21 (RMC)

### CONFIDENTIALITY NOTICE

*This facsimile contains confidential information which may also be legally privileged and which is intended only for the use of the addressee(s) named above. If you are not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any copying of this facsimile, or the taking of any action in reliance on the contents of this telecopied information, may be strictly prohibited. If you have received this facsimile in error, please notify us immediately by telephone and return the entire facsimile to us at the above address. THANK YOU.*

*If you have received this communication in error, please notify us immediately by telephone.*