UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060-6148

    Plaintiff,

CIVIL ACTION NO: 06-01086

v.

MDRB Corp. T/a Ramada Limited Corp.,
14512 Stratfield Circle
Laurel, MD 20707
Prince Georges County) an

Amina Farooq, as personal representative of
Estate of Madir Farooq
328 16th Street, SE
Washington, DC 20003

    Defendants.

## ORDER

Upon consideration of motion for continuance of scheduling conference filed herein, it is by the Court this _____ day of _____, 2006 ordered, that the scheduling conference is hereby extended until _____.

_____
Judge

Copies to:

Othello C. Jones, Jr. Esq.
2041 Martin Luther King Jr. Ave. SE Suite 244
Washington, DC 20020

Benjamin C. Eggert, Esq.
Ross, Dixon and Bell, LLP
2001 K. St. NW, Washington, DC 20206-1040

Gareth S. Smith, Esq.
Saul Ewing LLD,
1025 Thomas Jefferson St. NW, Suite 425
Washington, DC 20207.