UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX INSURANCE CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-01086-HHK |
| | * | |
| MDRB CORP., *et al.*, | * | |
| | * | |
| Defendants. | * | |

**JOINT RESPONSE TO**
**MOTION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE**

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel, has received and reviewed the "Motion for Continuance of Initial Scheduling Conference" filed by counsel for Defendant Amina Farooq, as personal representative of the Estate of Nadir Farooq ("the Estate"), together with the Proposed Order. MDRB consents to the relief requested.

On July 5, 2006, Benjamin C. Eggert, counsel for Plaintiff, Essex Insurance Co. ("Essex"), informed MDRB's undersigned counsel that Essex also consents to the relief requested.

Based on the Estate's request for a continuance of 60 days, Essex and MDRB propose that the Initial Scheduling Conference be rescheduled for September 1, 2006 or thereafter.

Respectfully submitted,

**LINOWES AND BLOCHER LLP**
By:   /s/   *Gerald W. Heller*
        Gerald W. Heller
Bar No.: 342857
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842
Telephone: (301) 654-0504
Facsimile: (301) 654-2801
E-Mail:  gheller@linowes-law.com
*Attorney for Defendant,*
*MDRB Corp. t/a Ramada Limited Corp.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 5th day of July, 2006, a copy of the foregoing Joint Response to Motion for Continuance of Initial Scheduling Conference was sent by first-class, postage prepaid U.S. mail to:

Sean M. Hanifin
Benjamin G. Eggert
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Othello C. Jones, Jr.
Anacostia Professional Building
2041 Martin Luther King, Jr. Ave. SE, Suite 244
Washington, DC 20020

                                                  By:   /s/  *Gerald W. Heller*
                                                               Gerald W. Heller