AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Essex Insurance Company )
)
       Plaintiff(s) )  **APPEARANCE**
)
)
       vs. )  CASE NUMBER  1:06-cv-01086
MDRB Corp. t/a Ramada Limited Corp., )
et al. )
       Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  __Benjamin C. Eggert__  as counsel in this
                            (Attorney's Name)

case for:  __Essex Insurance Company__
              (Name of party or parties)

August 14, 2006
Date

_[signature]_
Signature

474218
BAR IDENTIFICATION

Benjamin C. Eggert
Print Name

2001 K Street, N.W.
Address

Washington, D.C. 20006
City    State    Zip Code

202-662-2066
Phone Number