UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX INSURANCE CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-01086-HHK |
| | * | |
| MDRB CORP., *et al.*, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT MDRB CORPORATION'S
INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel and pursuant to Rule 26(a)(1), provides the following initial disclosures:

**A.   Rule 26(a)(1)(A) individuals likely to have discoverable information that are currently known to MDRB:**

1.   Paul Duncan
     Acordia of Virginia
     P.O. Box 26248
     115 N. St. Asaph Street
     Alexandria, VA 22313
     Telephone: (703) 549-2200

Upon information and belief, Mr. Duncan is an insurance agent or broker at Acordia. He may have information pertaining to MDRB's insurance coverage, as well as the nature of Acordia's relationship with Plaintiff, Essex Insurance Company ("Essex").

      2.      Scott Holden
Acordia of Virginia
P.O. Box 26248
115 N. St. Asaph Street
Alexandria, VA 22313
Telephone: (703) 549-2200

Mr. Holden is the insurance agent or broker that obtained Essex Insurance Company Commercial General Liability Policy No. 3CH1121 (the "Policy") for MDRB. He may have information regarding MDRB's insurance coverage, as well as the nature of Acordia's relationship with Essex.

      3.      Kimberly A. Payne, Esq.
Essex Insurance Company
4521 Highwoods Parkway
Glen Allen, VA 23060-6148
Telephone: (800) 963-7739

Upon information and belief, Ms. Payne is a Senior Claims Examiner at Essex. Ms. Payne issued a Reservation of Rights Letter to MDRB stating Essex's preliminary opinion that the claims asserted against MDRB by Amina Farooq, as Personal Representative of the Estate of Nadir Farooq, were excluded from coverage under the Policy. Ms. Payne may have information regarding Essex's investigation of, and decision regarding, the underlying claim.

      4.      Stephania Tibbs
Acordia Claims Management
P.O. Box 1439
320 Federal Street
Bluefield, WV 24701-1439
Telephone: (304) 325-0600

Ms. Tibbs is the Claim Consultant at Acordia who transmitted a Reservation of Rights Letter from Essex to MDRB.

      5.      MDRB reserves the right to name any additional individuals whose identity becomes known through discovery in this action or who were named in *Amina Farooq, As*

*Personal Representative of the Estate of Nadir Farooq v. MDRB Corporation d/b/a Ramada Inn Hotel, et al.* (D.D.C. Civ. A. No. 1:06-cv-00211-RMC) (the "*Farooq Action*") or whose identity becomes known through discovery in the *Farooq Action*. MDRB also reserves to call as a witness or introduce as an exhibit any witness or document identified by Essex or any other party to this litigation or the underlying *Farooq Action*.

B.    **Rule 26(a)(1)(B) description by category and location of documents in MDRB's possession, custody, and control:**

MDRB has the following documents in the custody and control of their counsel:

1.    Essex Insurance Company Commercial General Liability Policy No. 3CH1121.

2.    November 7, 2005 Reservation of Rights Letter sent to MDRB by Essex.

3.    MDRB also requests its attorneys' fees and costs in connection with this litigation. MDRB possesses invoices and documents related to those fees and costs.

C.    **Rule 26(a)(1)(C) computation of damages documents:**

MDRB asserts that Essex is required to defend and indemnify it under the terms of the Policy. MDRB also asserts that it is entitled to the recovery of its ongoing attorneys' fees and costs incurred in connection with this declaratory judgment action.

D.    **Rule 26(a)(1)(D) insurance agreement:**

The subject of this lawsuit is an insurance agreement: Commercial General Liability Policy No. 3CH1121, which Essex issued to MDRB for the policy period July 10, 2002 to July 10, 2003 (the "Policy"). Essex seeks a declaratory judgment that there is no insurance coverage under the Policy for claims pending against MDRB in the *Farooq Action*. MDRB contends that under the Policy, Essex must defend MDRB in the *Farooq Action* and satisfy any judgment that might ultimately be rendered against MDRB.

MDRB possesses no separate insurance policy that covers its defense in this declaratory judgment action, but asserts that Essex is liable for the attorneys' fees and costs incurred in connection with this declaratory judgment action.

> Respectfully submitted,
>
> **LINOWES AND BLOCHER LLP**
>
> By:    /s/ *Gerald W. Heller*
>        Gerald W. Heller
> Bar No.: 342857
> 7200 Wisconsin Avenue, Suite 800
> Bethesda, MD 20814-4842
> Telephone: (301) 961-5178
> Facsimile: (301) 654-2801
> E-Mail: gheller@linowes-law.com
>
> Attorney for Defendant,
> MDRB Corp. t/a Ramada Limited Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2006, a copy of the foregoing Defendant MDRB Corporation's Initial Disclosures Pursuant to Rule 26(a)(1) was sent by first-class, postage prepaid U.S. mail to:

Sean M. Hanifin
Benjamin G. Eggert
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

Othello C. Jones, Jr.
Anacostia Professional Building
2041 Martin Luther King, Jr. Ave. SE, Suite 244
Washington, DC 20020

By:  /s/ *Gerald W. Heller*
     Gerald W. Heller

L&B 692149v1/10509.0001