UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>       v.<br><br>MDRB CORP. T/A RAMADA LTD CORP. et al.,<br><br>            Defendants. | Civil Action 06-01086 (HHK) |

ORDER TO SHOW CAUSE

On September 8, 2006, this case was called for an initial scheduling conference. Counsel for Essex Insurance Company and MDRB Corp.t/a Ramada Limited Corp. appeared but Othello G. Jones, Jr., Esq., counsel for defendant Amina Farooq, did not.

Accordingly, it is this 10th day of October, 2006, hereby

**ORDERED** that Othello G. Jones, Jr. shall show cause in a writing that shall be filed by no later than October 24, 2006, why he should not be sanctioned for his failure to appear.

                                                            Henry H. Kennedy, Jr.
                                                            United States District Judge