UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>      v.<br><br>MDRB CORP. T/A RAMADA LTD<br>CORP. et al.,<br><br>           Defendants. | Civil Action 06-01086<br>(HHK) |

ORDER

On October 10, 2006, this court ordered Othello G. Jones, Jr., Esq. to show cause in writing, by no later than October 24, 2006, why he should not be sanctioned for failing to appear on September 8, 2006, to represent his client at an initial scheduling conference in this case (#12). Mr. Jones has not responded to the court's order.

Accordingly, it is this 5th of November, 2006, hereby

**ORDERED** that Othello G. Jones, Jr. is sanctioned for his failure to appear for the initial scheduling conference; and it is further

**ORDERED** that by no later than December 4, 2006, Othello G. Jones, Jr. shall pay $500.00 to the clerk of the United States District Court for the District of Columbia and file a declaration that he has done so.

                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge