UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>   Plaintiff,<br><br>v.<br><br>MDRB Corp. t/a Ramada Limited Corp., et al.<br><br>   Defendants. | CIVIL ACTION NO. 1:06-cv-01086-HHK<br><br>NEXT SCHEDULED COURT EVENT:<br>Scheduling Conference on<br>June 8, 2007 at 10:00 a.m. |

**ESSEX INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

  Plaintiff Essex Insurance Company ("Essex"), pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, respectfully moves for an order holding that, as a matter of law, the insurance policy that it issued to Defendant MDRB Corp. t/a Ramada Limited Corp. ("Ramada") unambiguously bars coverage for the claims asserted against Ramada in an underlying lawsuit captioned *Farooq v. MDRB Corp. c/b/a Ramada Inn Hotel* (D. D.C. Civ. A. No. 1:06-cv-00211-RMC). The grounds for Essex's Motion for Summary Judgment are set forth in its Memorandum in Support of Essex's Motion for Summary Judgment and the accompanying Statement of Undisputed Material Facts and Declaration of Benjamin C. Eggert, with attached exhibits.

  WHEREFORE, Essex prays for an order granting its Motion for Summary Judgment.

336140 v 1

- 2 -

                                        Respectfully submitted,

Dated: December 4, 2006              By:  /s/ Benjamin C. Eggert
                                                      Sean M. Hanifin, D.C. Bar No. 358347
                                                        Benjamin C. Eggert, D.C. Bar No. 474218
                                                        ROSS, DIXON & BELL, LLP
                                                        2001 K Street, N.W.
                                                        Washington, D.C.  20006-1040
                                                        Telephone: (202) 662-2000
                                                        Facsimile: (202) 662-2190

                                          *Attorneys for Plaintiff*
                                          *Essex Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of December, 2006, a copy of the foregoing Essex Insurance Company's Motion for Summary Judgment and proposed Order was (1) sent by first-class U.S. mail, postage prepaid to counsel listed below and (2) was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing to the following counsel of record:

    Gerald W. Heller, Esq.
    Linowes and Blocher, LLP
    7200 Wisconsin Avenue, Suite 800
    Bethesda, MD 20814-4842

    *Counsel for Defendant MDRB Corp. t/a Ramada Ltd. Corp.*

    Othello C. Jones, Jr., Esq.
    Anacostia Professional Building
    2041 Martin Luther King Jr. Ave., S.E.
    Suite 244
    Washington, D.C.  20020

    *Counsel for Defendant Amina Farooq, as Personal Representative of The Estate of Nadir Farooq*

    /s/  Benjamin C. Eggert
    Benjamin C. Eggert

336140 v 1