UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>MDRB Corp. t/a Ramada Limited Corp., et al.<br><br>    Defendants. | CIVIL ACTION NO. 1:06-cv-01086-HHK<br><br>NEXT SCHEDULED COURT EVENT:<br>Scheduling Conference on<br>June 8, 2007 at 10:00 a.m. |

**DECLARATION OF BENJAMIN C. EGGERT**
**IN SUPPORT OF ESSEX INSURANCE COMPANY'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Benjamin C. Eggert, Esq. declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney with Ross, Dixon & Bell, LLP, which represents Plaintiff Essex Insurance Company ("Essex") in the matter referenced above.

2. Attached to this declaration as Exhibit 1 is, on information and belief, a true and correct copy of the Complaint filed with in the Superior Court of the District of Columbia and later removed to the United States District Court for the District of Columbia in *Farooq v. MDRB Corp. c/b/a Ramada Inn Hotel* (D. D.C. Civ. A. No. 1:06-cv-00211-RMC).

3. Attached to this declaration as Exhibit 2 is, on information and belief, a true and correct copy of an October 8, 2002 order of the Superior Court of the District of Columbia in filed in *U.S. v. Littlejohn* (D.C. Super. Ct. Case Nos. F-6291-02 and F-6669-02) (the "*Littlejohn* Action").

4. Attached to this declaration as Exhibit 3 is, on information and belief, a true and correct copy of the October 16, 2002 Affidavit of a Metropolitan Police Detective submitted in

connection with the *Littlejohn* Action.

5. Attached to this declaration as Exhibit 4 is, on information and belief, a true and correct copy of the September 28, 2002 Criminal Complaint filed in the *Littlejohn* Action.

6. Attached to this declaration as Exhibit 5 is, on information and belief, a true and correct copy of the October 16, 2002 Criminal Complaint filed in the *Littlejohn* Action.

7. Attached to this declaration as Exhibit 6 is, on information and belief, a true and correct copy of the November 15, 2004 executed verdict form from the *Littlejohn* Action.

8. Attached to this declaration as Exhibit 7 is, on information and belief, a true and correct copy of the March 4, 2005 sentencing order of the Superior Court of the District of Columbia filed in the *Littlejohn* Action.

9. Attached to this declaration as Exhibit 8 is a true and correct copy of Commercial General Liability Policy No 3CH1121 issued by Essex to MDRB Corporation t/a Ramada Limited Corp. for the policy period July 10, 2002 to July 10, 2003.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Dated: December 4, 2006         By:   /s/ Benjamin C. Eggert
                                Benjamin C. Eggert, D.C. Bar No. 474218
                                ROSS, DIXON & BELL, LLP
                                2001 K Street, N.W.
                                Washington, D.C. 20006-1040
                                Telephone: (202) 662-2000
                                Facsimile: (202) 662-2190

                                *Attorney for Plaintiff*
                                *Essex Insurance Company*

346217 v 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2006, a copy of the foregoing Declaration of Benjamin C. Eggert in Support of Essex Insurance Company's Motion for Summary Judgment was (1) sent by first-class U.S. mail, postage prepaid and (2) was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing, to the following counsel of record:

    Gerald W. Heller, Esq.
    Linowes and Blocher, LLP
    7200 Wisconsin Avenue, Suite 800
    Bethesda, MD 20814-4842

    *Counsel for Defendant MDRB Corp. t/a Ramada Ltd. Corp.*

    Othello C. Jones, Jr., Esq.
    Anacostia Professional Building
    2041 Martin Luther King Jr. Ave., S.E.
    Suite 244
    Washington, D.C. 20020

    *Counsel for Defendant Amina Farooq, as Personal Representative of The Estate of Nadir Farooq*

    /s/ Benjamin C. Eggert
    Benjamin C. Eggert

346217 v 1