UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> MDRB Corp. t/a Ramada Limited Corp., et al. <br><br> Defendants. | CIVIL ACTION NO. 1:06-cv-01086-HHK |

**ORDER**

In consideration of Plaintiff Essex Insurance Company's Motion for Summary Judgment and supporting filings and in consideration of Defendants' opposition(s) to the Plaintiff Essex Insurance Company's Motion for Summary Judgment, the Court hereby GRANTS Plaintiff Essex Insurance Company's Motion for Summary Judgment.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

346375 v 1