UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE CO.,     *
             Plaintiff,     *

v.     *     Civil Action No. 1:06-CV-01086-HHK

MDRB CORP., *et al.*,     *
             Defendants.     *

**DEFENDANT MDRB CORPORATION'S CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel, files this Consent Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment in this matter. As grounds for this Motion, MDRB states as follows:

1. On December 4, 2006, Plaintiff, Essex Insurance Company ("Essex") filed a Motion for Summary Judgment in the above-captioned case.

2. On December 12, 2006, an associate of MDRB's undersigned counsel spoke with Essex's counsel, Benjamin C. Eggert, to request the extension of time requested in this Motion. Mr. Eggert consented to the extension of time on December 13, 2006.

WHEREFORE, MDRB respectfully requests that this Consent Motion be granted and that the time for MDRB to respond to Plaintiff's Motion for Summary Judgment be extended to and including January 5, 2007.

Dated: December 14, 2006

        Respectfully submitted,

        **LINOWES AND BLOCHER LLP**

        By: /s/ *Gerald W. Heller*
            Gerald W. Heller
        Bar No.: 342857
        7200 Wisconsin Avenue, Suite 800
        Bethesda, MD 20814-4842
        Telephone: (301) 654-0504
        Facsimile: (301) 654-2801
        E-Mail:  gheller@linowes-law.com

        *Attorney for Defendant,*
        *MDRB Corp. t/a Ramada Limited Corp.*

**APPROVED AND SO ORDERED this _____ day of _____, 2006.**

        _____
        Judge, United States District Court
        for the District of Columbia

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 14th day of December, 2006, a copy of the foregoing Consent Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment was (1) sent by first-class, postage prepaid U.S. mail to the counsel listed below, and (2) filed electronically with the Clerk of the Court using the CM/ECF system, which will also send electronic notice of such filing to the following counsel of record:

Sean M. Hanifin, Esq.
Benjamin G. Eggert, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Counsel for Plaintiff Essex Insurance Co.*

Othello C. Jones, Jr., Esq.
Anacostia Professional Building
2041 Martin Luther King Jr. Ave, S.E.
Suite 244
Washington, D.C. 20020

*Counsel for Defendant Amina Farooq, as*
*Personal Representative of The Estate of Nadir Farooq*

                                                 By:   /s/  *Gerald W. Heller*
                                                                Gerald W. Heller

L&B 716156v1