UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MDRB CORP. T/A RAMADA LTD CORP. et al.,<br>　　　　　　　Defendants. | Civil Action 06-01086 (HHK) |

ORDER TO SHOW CAUSE

On October 10, 2006, this court ordered Othello G. Jones, Jr., Esq., to show cause in writing, by no later than October 24, 2006, why he should not be sanctioned for failing to appear on September 8, 2006, for an initial scheduling conference in this case [#12]. On November 5, 2006, this court ordered Mr. Jones to pay a sanction of $500 for his failure to appear and for his failure to respond to its order to show cause, and to thereafter file a declaration that he had complied with the order [#13]. Mr. Jones has not filed such a declaration. Accordingly, it is this 18th day of December, 2006, hereby

**ORDERED** that Othello G. Jones, Jr. shall appear before the court on January 11, 2007, at 9:45 a.m. to show cause why he should not be held in contempt.

　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　United States District Judge