UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY )
)
                  Plaintiff )
)
vs. )   Civil Action No. 06-01086
)   (HHK)
MDRB CORP. T/A RAMADA LTD )
CORP., et al. )
)
                  Defendants )

### DECLARATION

Comes now the Defendant, AMINA FAROOQ, Personal Representative of the Estate of Nadir Farooq, by and through Othello G. Jones, Jr. files this Declaration.

1. That pursuant to the Order of this court dated November 5, 2006, payment of $500.00 is hereby submitted to the Clerk of this Court. A copy of the checks is attached hereto.

Respectfully submitted,

_____
OTHELLO G. JONES, JR.
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC 20020
(202) 889-1010
Attorney for Defendant, Amina Farooq

**RECEIVED**
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration was mailed, postage prepaid on this 20th day of December, 2006 to Attorney for Plaintiff Essex Insurance Company, Benjamin C. Eggert, Esquire, Ross, Dixon & Bell, LLP, 2001 K Street, NW, Washington, DC 20006-1040 and Attorney for MDRB Corp t/a Ramada Ltd. Corp., Gerald W. Heller, Esquire, Linowes and Blocher, LLP, 7200 Wisconsin Avenue, NW, Suite 800, Bethesda, MD 20814-4842.

OTHELLO G. JONES, JR.