```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616001049
Cashier ID: tforrest
Transaction Date: 12/20/2006
Payer Name: OTHELLO G JONES
----------------------------------
SANCTIONS/CONTEMPT FINES
 For: OTHELLO G JONES
 Amount:        $500.00
----------------------------------
CHECK
 Check/Money Order Num: 8211
 Amt Tendered:  $500.00
----------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00

06-01086


Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged.  A
$45 fee will be charged for a
returned check.
```