UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ESSEX INSURANCE CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-01086-HHK |
| | * | |
| MDRB CORP., *et al.*, | * | |
| | * | |
| Defendants. | * | |

**DEFENDANT MDRB CORPORATION'S
CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendant, MDRB Corporation, t/a Ramada Limited Corp. ("MDRB"), by and through its undersigned counsel, files this Consent Motion to Extend Time to Respond to Plaintiff's Motion for Summary Judgment in this matter. MDRB requests an extension to and including January 11, 2007 to file its response to the Motion for Summary Judgment filed by Plaintiff, Essex Insurance Company ("Essex"). As grounds for this Motion, MDRB states as follows:

1. On December 4, 2006, Essex filed a Motion for Summary Judgment in the above-captioned case.

2. On December 15, 2006, the Court, pursuant to a Consent Motion by MDRB, granted an extension of time for MDRB to respond to Plaintiff's Motion for Summary Judgment until January 5, 2007.

3. On January 4, 2007, MDRB's undersigned counsel spoke with Essex's counsel, Sean M. Hanifin, to request the brief extension of time requested in this Motion. Mr. Hanifin consented to the requested extension of time, to January 11, 2007 to respond to Plaintiff's Motion for Summary Judgment.

4. The requested extension will not delay this proceeding. The present deadline for the filing of dispositive motions is April 6, 2007.

5. WHEREFORE, MDRB respectfully requests that this Consent Motion be granted and that the time for MDRB to respond to Plaintiff's Motion for Summary Judgment be extended to and including January 11, 2007.

Dated: January 5, 2007

Respectfully submitted,

**LINOWES AND BLOCHER LLP**

By: __/s/ Gerald W. Heller__
Gerald W. Heller
Bar No.: 342857
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814-4842
Telephone: (301) 654-0504
Facsimile: (301) 654-2801
E-Mail: gheller@linowes-law.com

*Attorney for Defendant,*
*MDRB Corp. t/a Ramada Limited Corp.*

**APPROVED AND SO ORDERED this _____ day of _____, 2007.**

_____
Judge, United States District Court
for the District of Columbia

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 5th day of January, 2007, a copy of the foregoing Consent Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment was (1) sent by first-class, postage prepaid U.S. mail to the counsel listed below, and (2) filed electronically with the Clerk of the Court using the CM/ECF system, which will also send electronic notice of such filing to the following counsel of record:

Sean M. Hanifin, Esq.
Benjamin G. Eggert, Esq.
Ross, Dixon & Bell, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040

*Counsel for Plaintiff Essex Insurance Co.*

Othello C. Jones, Jr., Esq.
Anacostia Professional Building
2041 Martin Luther King Jr. Ave, S.E.
Suite 244
Washington, D.C. 20020

*Counsel for Defendant Amina Farooq, as*
*Personal Representative of The Estate of Nadir Farooq*

                                            By:   /s/   *Gerald W. Heller*
                                                      Gerald W. Heller

L&B 721305v1