UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY          :
                                 :
            Plaintiff            :
                                 :
      vs.                        :   Civil Action No. 06-1086 (HHK)
                                 :
MDRB CORP t/a RAMADA LTD.        :
CORP, et al.                     :
                                 :
            Defendant            :

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now the undersigned Counsel for Defendant, AMINA FAROOQ in response to the Order of this Court requiring his appearance to show cause why he should not be held in contempt of this Court and as reasons therefore, states as follows:

1. That the case of AMINA FAROOQ vs. MDRB CORP, et al. was filed in the Superior Court for the District of Columbia under Case No. 05-ca3395 on May 3, 2005.

2. That the matter of AMINA FAROOQ, PR vs. MDRB CORP. was removed from the Superior Court to this Court based on Motion of Defendant MDRP CORP under Case No. 06-211 (RMC).

3. That I had stopped accepting cases in this Court because my office was not equipped nor staffed trained to handle the electronic filing required by the rules on this court.

4. That I met with Ms. Amina Farooq and advised her that she needed to retain other Counsel in this matter because my office was not equipped nor staff trained to conduct electronic filing as required by this Court.



5. That I did not immediately withdraw my appearance in this case in order to give my client, Ms. Amina Farooq, Personal Representative, sufficient time to retain and employ new Counsel to represent her in the above mentioned matters.

6. That both files <u>Amina Farooq</u> vs. <u>MDRB, Corp., et al.</u> (Case No. 06-211 (RMC) and <u>Essex Insurance Company</u> vs. <u>MDRB Corp. et al.</u> (Case No. 06CV1086 (HHK) were turned over to Attorney Gregory L. Lattimer for his consideration and review before he was retained.

7. That Attorney Gregory L. Lattimer was retained and agreed to represent Ms. Amina Farooq.

8. That I was under the mistaken belief that Attorney Gregory L. Lattimer would be entering his appearance and representing Ms. Amina Farooq in both of the above aforementioned cases.

9. That on December 19, 2006, I received a telephone call from Ms. Tanya Johnson informing me that the Judge had issued a Show Cause Order for me to appear in Court on January 11, 2007.

10. That Ms. Tanya Johnson informed me that the Show Cause Order was issued for my failure to appear for the Initial Conference schedule on September 8, 2006 and my failure to comply with the Court's Orders issued on October 10, 2006 to pay a sanction amount of $500.00.

11. That Ms. Tanya Johnson also informed me that the email copy of Court's Orders were sent to me at otjones@erols.com. which I did not receive because I had changed my e-mail service provider to otjones@verizon.net and never received the e-mail.

12. That I have been engaged in the practice of law for more than 37 years and I have never failed to appear for a hearing disobey an Order of the Court or ever been adjudicated in contempt of court.

13. That I state affirmatively that I did not deliberately, knowingly or intentionally fail and/or refuse to comply with the Orders of this Court.

14. That I state affirmatively that my failure to appear and/or comply to this Court's Orders is based upon lack of notice and knowledge of the Court's Orders herein.

15. That I assure the Court that I did not receive Court's Orders dated October 10, 2006 until December 19, 2006 when the same was faxed and e-mailed to me by Ms. Tanya Johnson.

16. That I ask this Court to accept my apology for any delay that I unknowingly caused.

17. That the sanction amount of $500.00 was paid by check dated December 19, 2006 and a declaration of the same has been filed with this Court.

OTHELLO G. JONES, JR., #09078
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC  20020
Office (202) 889-1010
Fax (202) 889-1375
Email: otjones@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, a copy of the foregoing Motion to Drop Misjoined Defendant was filed electronically with the Clerk of the Court using the CM/ECF System, which also will send electronic notice to the following Counsels of record:

Benjamin C. Eggert, Esquire      beggert@rdblaw.com
Sean Michael Hanifin, Esquire    shanifin@rdblaw.com
Gerald William Heller, Esquire   gheller@linowes-law.com

_____
OTHELLO G. JONES, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY             :
                                    :
         Plaintiff                  :
                                    :
   vs.                              :    Civil Action No. 06-1086
                                    :
MDRB CORP t/a RAMADA LTD.           :
   CORP, et al.                     :
                                    :
         Defendant                  :

ORDER

Upon consideration of the Response of Othello G. Jones, Jr. to the Order to Show Cause filed herein, and for good cause having been shown, it is by the U.S. District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED, that the Show Cause issued in this matter dated October 10, 2006 be and the same is hereby vacated.


                                         _____
                                         Henry H. Kennedy, Jr.
                                         United States District Judge