UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>          Plaintiff,<br><br>v.<br><br>MDRB Corp. t/a Ramada Limited Corp., et al.<br><br>          Defendants. | CIVIL ACTION NO. 1:06-cv-01086-HHK<br><br>NEXT SCHEDULED COURT EVENT:<br>Show Cause Hearing<br>January 11, 2007 at 9:45 a.m. |

**ESSEX INSURANCE COMPANY'S RESPONSE TO**
**AMINA FAROOQ'S MOTION TO DROP MISJOINED DEFENDANT**

Plaintiff Essex Insurance Company ("Essex"), by and through its undersigned counsel, hereby responds to Defendant Amina Farooq's ("Farooq") Motion to Drop Misjoined Defendant.

Farooq has filed a motion to "drop" her from this litigation pursuant to Fed. R. Civ. P. Rule 21 on the basis that she was misjoined as a defendant. Farooq asserts that she was misjoined because her presence is not necessary to the adjudication of this litigation concerning whether there is coverage under an insurance policy issued by Essex for the underlying litigation between her and Defendant MDRB Corporation in the lawsuit captioned *Amina Farooq, as Personal Representative of the Estate of Nadir Farooq v. MDRB Corporation d/b/a Ramada Inn Hotel, et al.* (D.D.C. Civ. A. No. 1:06-cv-00211-RMC) (the "*Farooq* Action"). *See* Motion to Drop ¶ 1 (docket entry no. 20).

Specifically, Farooq argues "[t]hat if the Court find[s] that there is no coverage [under] the policy between [Essex] and Defendant MDRB CORP. to cover [the *Farooq* Action] then [Essex] would have no obligation to pay damages resulting from the alleged incident." *Id.* ¶ 8. As relief, Farooq requests that she be "drop[ped]" from this coverage litigation.

In light of Farooq's apparent agreement that Essex would have no obligation to her or the Estate of Nadir Farooq (the "Estate") if the Court determines that there is no coverage under the Essex policy for the *Farooq* Action, Essex has no objection to the relief sought by Farooq, subject to two clarifications. Essex respectfully requests that any order granting the relief sought by Farooq provide that she and the Estate (1) are bound by any and all rulings by this Court with regard to the declaratory relief sought by Essex and (2) are barred from collaterally challenging any and all rulings by this Court with regard to the declaratory relief sought by Essex. A proposed order is attached to this brief.

Respectfully submitted,

Dated: January 10, 2007

By: /s/ Benjamin C. Eggert
Sean M. Hanifin, D.C. Bar No. 358347
Benjamin C. Eggert, D.C. Bar No. 474218
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Plaintiff*
*Essex Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Essex Insurance Company,<br><br>      Plaintiff,<br><br>v.<br><br>MDRB Corp. t/a Ramada Limited Corp., et al.<br><br>      Defendants. | CIVIL ACTION NO. 1:06-cv-01086-HHK |

### ORDER

In consideration of the Motion to Drop Misjoined Defendant filed by Defendant Amina Farooq, as Personal Representative of the Estate of Nadir Farooq ("Farooq" and the "Estate"), and the Response filed by Plaintiff Essex Insurance Company ("Essex"), the Court GRANTS Farooq's Motion to Drop Misjoined Defendant. In addition, the Court ORDERS that Farooq and the Estate are dismissed with prejudice. Finally, the Court also ORDERS that Farooq and the Estate (1) are bound by any and all rulings by this Court with regard to the declaratory relief sought by Essex in this action and (2) are barred from collaterally challenging any and all rulings by this Court with regard to the declaratory relief sought by Essex in this action.

SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge

347893 v 1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of January, 2007, a copy of the foregoing Essex Insurance Company's Response to Amina Farooq's Motion to Drop Misjoined Defendant was (1) sent by first-class U.S. mail, postage prepaid to counsel listed below and (2) was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing to the following counsel of record:

>Gerald W. Heller, Esq.
>Linowes and Blocher, LLP
>7200 Wisconsin Avenue, Suite 800
>Bethesda, MD 20814-4842
>
>*Counsel for Defendant MDRB Corp. t/a Ramada Ltd. Corp.*
>
>Othello C. Jones, Jr., Esq.
>Anacostia Professional Building
>2041 Martin Luther King Jr. Ave., S.E.
>Suite 244
>Washington, D.C. 20020
>
>*Counsel for Defendant Amina Farooq, as Personal Representative of The Estate of Nadir Farooq*

                /s/ Benjamin C. Eggert
                Benjamin C. Eggert