JURY, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00211-RMC

FAROOQ v. MDRB CORPORATION et al  
Assigned to: Judge Rosemary M. Collyer  
Demand: $10,000,000  
Case in other court: Superior Court for the District of Columbia, 05-03395  
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 02/06/2006  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/06/2006 | 1 | NOTICE OF REMOVAL by MDRB CORPORATION from Superior Court For The District of Columbia, case number 05-3395. ( Filing fee $ 250 )filed by MDRB CORPORATION.(tg, ) (Entered: 02/07/2006) |
| 02/06/2006 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MDRB CORPORATION (tg, ) (Entered: 02/07/2006) |
| 02/06/2006 | 3 | ANSWER to Complaint by MDRB CORPORATION.(tg, ) (Entered: 02/07/2006) |
| 02/22/2006 | 4 | MOTION to Remand by AMINA FAROOQ. (tg, ) (Entered: 02/23/2006) |
| 03/06/2006 | 5 | NOTICE of Appearance by Thomas S. Schaufelberger on behalf of MDRB, CORPORATION (Schaufelberger, Thomas) (Entered: 03/06/2006) |
| 03/06/2006 | 6 | Memorandum in opposition to re 4 Motion to Remand filed by MDRB, CORPORATION. (Attachments: # 1 Affidavit Bhatnagar February Certification)(Fitzsimmons, Paul) (Entered: 03/06/2006) |
| 03/08/2006 | 7 | Receipt on 3/8/06 of ORIGINAL FILE, certified copy of docket sheet from Superior Court. Superior Court Number 05-3395. (tg, ) (Entered: 03/09/2006) |
| 03/22/2006 | 8 | ORDER denying 4 Plaintiff's Motion to Remand. See Order for further details. Signed by Judge Rosemary M. Collyer on 3/22/06. (KD) (Entered: 03/22/2006) |
| 04/21/2006 | 9 | ORDER FOR INITIAL SCHEDULING CONFERENCE. Conference set on June 2, 2006 at 2:00 p.m. See Order for further details. Signed by Judge Rosemary M. Collyer on 4/21/06. (KD) (Entered: 04/21/2006) |
| 04/21/2006 |  | Set Deadlines/Hearings: Initial Scheduling Conference set for 6/2/2006 02:00 PM in Courtroom 6 before Judge Rosemary M. Collyer. (cdw) (Entered: 04/24/2006) |
| 05/23/2006 | 10 | MEET AND CONFER STATEMENT. (Fitzsimmons, Paul) (Entered: 05/23/2006) |
| 06/02/2006 |  | Initial Scheduling Conference held before Judge Rosemary M. Collyer on 6/2/2006. A |

EXHIBIT 3

| | | |
|---|---|---|
| | | Status Conference is set for 10/19/2005 at 10:45 AM in Courtroom 6 before Judge Rosemary M. Collyer. A scheduling order will be issued by the Court. (Court Reporter: Crystal Pilgrim) (cdw) (Entered: 06/02/2006) |
| 06/02/2006 | 11 | SCHEDULING ORDER setting dates: Discovery shall be completed by October 15, 2006; Dispositive motions due November 27, 2006; Status Conference scheduled on October 19, 2006 at 10:45 a.m. See Order for further details. Signed by Judge Rosemary M. Collyer on 6/2/06. (KD) (Entered: 06/02/2006) |
| 06/02/2006 | | Set Deadlines/Hearings: Discovery closes on 10/15/2006. Dispositive Motions due by 11/27/2006. Status Conference set for 10/19/2006 10:45 AM in Courtroom 6 before Judge Rosemary M. Collyer. (cdw) (Entered: 06/06/2006) |
| 09/14/2006 | 12 | MOTION for Summary Judgment by MDRB, CORPORATION. (Attachments: # 1 Memorandum in Support of Motion for Summary Judgment of Defendant MDRB Corporation# 2 Exhibit Certification of Deepak Bhatnagar# 3 Text of Proposed Order Order)(Fitzsimmons, Paul) (Entered: 09/14/2006) |
| 10/19/2006 | 13 | NOTICE of Appearance by Gregory L. Lattimer on behalf of AMINA FAROOQ (Lattimer, Gregory) (Entered: 10/19/2006) |
| 10/19/2006 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Status Conference held on 10/19/2006. The Court extends discovery in this matter for 90 days. A Post-discovery Status Conference is set for 1/19/2007 at 10:45 AM in Courtroom 6 before Judge Rosemary M. Collyer. The Court denies the defendant's 12 Motion for Summary Judgment as premature. A Telephone Conference is set for 10/24/2006 at 1:45 PM before Judge Rosemary M. Collyer. (Court Reporter: Patty Gels) (cdw) (Entered: 10/20/2006) |
| 10/24/2006 | 14 | SCHEDULING ORDER setting discovery deadline of February 7, 2007 and a dispositive motion deadline of March 5, 2007. A further status conference is set for 10:45 a.m. on January 19, 2007. See Order for further dates and details. Signed by Judge Rosemary M. Collyer on 10/24/06. (KD) (Entered: 10/24/2006) |
| 10/24/2006 | | Minute Entry for proceedings held before Judge Rosemary M. Collyer: Telephone Conference held on 10/24/2006. (cdw) (Entered: 10/25/2006) |
| 10/24/2006 | | Set Deadlines/Hearings: Discovery closes 2/7/2007. Dispositive Motions due by 3/5/2007. Status Conference set for 1/19/2007 10:45 AM in Courtroom 2 before Judge Rosemary M. Collyer. (cdw) (Entered: 10/26/2006) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/11/2007 16:25:31 | | |
| PACER Login: lb0022 | Client Code: | 10509.0001 |
| Description: | Docket Report | Search Criteria: 1:06-cv-00211-RMC |

| Billable Pages: | 2 | Cost: | 0.16 |
|---|---|---|---|