UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY          :
                                 :
            Plaintiff            :
                                 :
     vs.                         :    Civil Action  No. 06-1086
                                 :
MDRB CORP t/a RAMADA LTD.        :
 CORP, et al.                    :
                                 :
            Defendant            :

## ORDER

Upon consideration of the Response of Othello G. Jones, Jr. to the Order to Show Cause filed herein, and for good cause having been shown, it is by the U.S. District Court for the District of Columbia, this _____ day of _____, 2007,

ORDERED, that the Show Cause issued in this matter dated October 10, 2006 be and the same is hereby vacated.

_____
Henry H. Kennedy, Jr.
United States District Judge