UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY   :
:
              Plaintiff   :
:
   vs.   :   Civil Action  No. 06-1086
:
MDRB CORP t/a RAMADA LTD.   :
 CORP, et al.   :
:
           Defendant   :

## ORDER

Upon consideration of Defendant, AMINA FAROOQ's Motion FOR AN Order dropping her as a party Defendant filed herein, and for good cause having been shown, it is by the U.S. District Court for the District of Columbia, this _____ day of _____, 2007.

ORDERED, that Defendant, AMINA FAROOQ is hereby dropped as party Defendant in this action.

_____
Henry H. Kennedy, Jr.
United States District Judge