RECEIVED
JAN - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY  :
:
        Plaintiff  :
:
vs.  :  Civil Action No. 06-1086
:
MDRB CORP t/a RAMADA LTD.  :
CORP, et al.  :
:
        Defendant  :

## MOTION TO DROP MISJOINED DEFENDANT

Comes now the Defendant, AMINA FAROOQ, by and through her undersigned Counsel, moves this Court pursuant to Civil Rule 21 to enter an Order dropping her as a party Defendant and as grounds therefore states as follows:

### GROUNDS FOR MOTION

1. That Defendant AMINA FAROOQ states that her presence as a party Defendant in the above action is not essential to permit the Court to render complete relief as to the remaining parties.

2. That Plaintiff Essex Insurance Company the insurer, entered into a contractual relationship with Defendant, MDRB CORP. the insured, to provide certain insurance coverage under policy no. 3CH1121 for its RAMADA INN HOTEL premises.

3. That Plaintiff's claim against Defendant MDRB CORP. is contractual and is based upon the terms and conditions set forth in the insurance policy between these two parties.

4. That Defendant AMINA FAROOQ's claim against Defendant MDRB CORP., owner of the RAMADA INN HOTEL, is based upon a tort action committed in

Defendant's MDRB HOTEL which resulted in the death of decedent Nadir Farooq on September 27, 2002.

5. That Plaintiff's claim against Defendant MDRB CORP. nor its claim against Defendant AMINA FAROOQ arise out of the same occurrence or transaction and that such disparte claims do not involve the same questions of law or fact common to both Defendants.

6. That Defendant AMINA FAROOQ states that a determination must be made based upon the contractual terms and conditions contained in the insurance policy between the Plaintiff and Defendant MDRB CORP. as to whether there is insurance coverage for the incident alleged by her.

7. That if the Court finds there is coverage under the policy between Plaintiff and Defendant MDRB CORP. for the incident alleged by Defendant AMINA FAROOQ in Civil Action No.: 06-CV-00211(RMC) then Plaintiff is bound by limitations set forth in the policy.

8. That if the Court find that there is no coverage in the policy between Plaintiff and Defendant MDRB CORP. to cover the incident alleged by Defendant AMINA FAROOQ in Civil Action No. 06-CV-00211(RMC) then Plaintiff would have no obligation to pay damages resulting from the alleged incident.

9. That there are no conflicting claims between the Defendants for payment under the insurance policy between Plaintiff and Defendant MDRB CORP.

10. That there are no multiple Defendants nor multiple claims by Defendants for payment under the insurance policy between Plaintiff and Defendant MDRB CORP.

11. That Defendant AMINA FAROOQ state there she is the only party that has filed suit against Defendant MDRB CORP. for incident alleged in Civil Action No. 06-CV-00211(RMC).

12. That Defendant AMINA FAROOQ submits that her presence in the above action will not promote the convenient administration of justice. That to the contrary, allowing the case to continue with her as a party Defendant will cause her to suffer unnecessary expense, inconvenience and prejudice.

WHEREFORE, Defendant AMINA FAROOQ, request entry of an Order as follows:

1. That she be dropped as a party Defendant in this matter.

2. And for such other and further relief as the Court may deem just and proper.

_____
OTHELLO G. JONES, JR., #09078
Anacostia Professional Building
2041 M.L. King Jr. Avenue, SE
Suite 244
Washington, DC 20020
Office (202) 889-1010
Fax (202) 889-1375
Email: otjones@verizon.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January, 2007, a copy of the foregoing Motion to Drop Misjoined Defendant was filed electronically with the Clerk of the Court using the CM/ECF System, which also will send electronic notice to the following Counsels of record:

Benjamin C. Eggert, Esquire          beggert@rdblaw.com
Sean Michael Hanifin, Esquire        shanifin@rdblaw.com
Gerald William Heller, Esquire       gheller@linowes-law.com

_____
OTHELLO G. JONES, JR.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY :
:
Plaintiff :
:
vs. : Civil Action No. 06-1086
:
MDRB CORP t/a RAMADA LTD. :
CORP, et al. :
:
Defendant :

### ORDER

Upon consideration of Defendant, AMINA FAROOQ's Motion for an Order dropping her as a party Defendant filed herein, and for good cause having been shown, it is by the U.S. District Court for the District of Columbia, this _____ day of _____, 2007.

ORDERED, that Defendant, AMINA FAROOQ is hereby dropped as party Defendant in this action.

_____
Henry H. Kennedy, Jr.
United States District Judge