UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ESSEX INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**MDRB CORP. T/A RAMADA LTD CORP. et al.,**<br><br>Defendants. | Civil Action 06-01086 (HHK) |

## ORDER OF DISCHARGE

On December 18, 2006, this court ordered Othello G. Jones, Jr., Esq., to appear before the court to show cause why he should not be held in contempt for his failure to appear at an initial scheduling conference and for his failure to respond to a prior order to show cause. Mr. Jones so appeared and satisfactorily showed cause for his actions. Accordingly, it is this 19th day of January, 2007, hereby

**ORDERED** that the court's order [#16] is hereby **DISCHARGED**.

Henry H. Kennedy, Jr.
United States District Judge