UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESSEX INSURANCE COMPANY,

        Plaintiff,

        v.

MDRB CORP. T/A RAMADA LTD CORP. et al.,

        Defendants.

Civil Action 06-01086 (HHK)

**O R D E R**

In consideration of the motion to drop misjoined defendant field by defendant Amina Farooq, as personal representative of the estate of Nadir Farooq ("Farooq" and the "Estate"), and the response filed by plaintiff Essex Insurance Company ("Essex"), the court **GRANTS** Farooq's motion to drop misjoined defendant. In addition, the court **ORDERS** that Farooq and the Estate are dismissed with prejudice. Finally, the court also **ORDERS** that Farooq and the Estate (1) are bound by any and all rulings by this court with regard to the declaratory relief sought by Essex in this action and (2) are barred from collaterally challenging any and all rulings by this court with regard to the declaratory relief sought by Essex in this action.

        **SO ORDERED** this 1st day of February, 2007.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge