UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MDRB CORP. T/A RAMADA LTD CORP. et al.,<br><br>Defendants. | Civil Action 06-01086 (HHK) |

**O R D E R**

Before the court is the motion of defendant MDRB Corporation to stay this action pending the termination of *Farooq v MDRB Corporation*, et al., Civil Action 06-00211(RMC). Upon consideration of the motion, the opposition thereto, and the history of this case, it is this 16th day of February, 2007, hereby

**ORDERED** that this action is stayed pending resolution of *Farooq v MDRB Corporation*, et al., Civil Action 06-00211(RMC).

                                                                Henry H. Kennedy, Jr.
                                                                 United States District Judge