UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MDRB CORP. T/A RAMADA LIMITED CORP.<br><br>    Defendant. | CIVIL ACTION NO. 1:06-cv-01086-HHK<br><br>NEXT SCHEDULED COURT EVENT:<br>Status Conference on<br>July 25, 2008 at 10:00 a.m. |

## ESSEX INSURANCE COMPANY'S
## MOTION TO LIFT STAY

Essex Insurance Company respectfully moves this Court to lift the stay entered in this action, stating as follows:

1. On February 16, 2007, this insurance coverage declaratory judgment action was stayed pending the resolution of the underlying lawsuit that is the subject of this coverage dispute, captioned *Farooq v. MDRB Corp. d/b/a Ramada Inn Hotel* (D. D.C. Civ. A. No. 1:06-cv-00211-RMC) (the "*Farooq* Action"). *See* Docket Entry No. 33.

2. In the *Farooq* Action, judgment was entered in favor of MDRB Corp. d/b/a Ramada Inn Hotel ("MDRB") on August 3, 2007. *See* 498 F. Supp.2d 284, 287 (D.D.C. 2007).

3. The *Farooq* Action then was appealed by Amina Farooq, the plaintiff, on September 4, 2007. *See* Notice of Appeal (attached as Exhibit 1).

4. The United States Court of Appeals for the D.C. Circuit affirmed the judgment in favor of MDRB on April 9, 2008. *See* Appellate Judgment (attached as Exhibit 2).

5. It is Essex's understanding that, to date, the plaintiff in the *Farooq* Action has not filed a petition for certiorari to the United States Supreme Court and that the time period in which to file a petition expires on or around July 8, 2008.

6. Unless a petition for certiorari is filed, the *Farooq* Action will be fully resolved.

7. Accordingly, Essex respectfully requests that the Court lift the stay in this declaratory judgment action and consider Essex's Motion for Summary Judgment, which has been fully briefed by the parties.[1]

WHEREFORE, for the foregoing reasons, Essex respectfully requests that the stay in this litigation be lifted and that the Court consider Essex's Motion for Summary Judgment.

Respectfully submitted,

Dated: June 26, 2008

By: /s/ Benjamin C. Eggert
Sean M. Hanifin, D.C. Bar No. 358347
Benjamin C. Eggert, D.C. Bar No. 474218
ROSS, DIXON & BELL, LLP
2001 K Street, N.W.
Washington, D.C. 20006-1040
Telephone: (202) 662-2000
Facsimile: (202) 662-2190

*Attorneys for Plaintiff*
*Essex Insurance Company*

---

[1] Since the stay was entered in February 2007, the United States District Court for the District of Columbia has issued decisions holding that assault and battery exclusions bar coverage under circumstances similar to this case. *See Levelle, Inc. v. Scottsdale Ins. Co.*, 539 F. Supp.2d 373 (D.D.C. 2008) (holding that claims of inadequate staffing and security personnel barred by assault and battery exclusion). *See also Essex Ins. Co. v. Night & Day Management, LLC*, 536 F. Supp.2d 53 (D.D.C. 2008). *Levelle* and *Night & Day* provide further support to the authority cited in Essex's Motion for Summary Judgment (docket entry no. 14) and its Reply Brief (docket entry no. 28), demonstrating that Essex is entitled to a judgment as a matter of law that the assault and battery exclusions in the Policy bar coverage for the *Farooq* Action.

369971 v 1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2008, a copy of the foregoing Essex Insurance Company's Motion to Lift Stay was (1) sent by first-class U.S. mail, postage prepaid to counsel listed below and (2) was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing to the following counsel of record:

      Gerald W. Heller, Esq.
      Linowes and Blocher, LLP
      7200 Wisconsin Avenue, Suite 800
      Bethesda, MD 20814-4842

      *Counsel for Defendant MDRB Corp. t/a Ramada Ltd. Corp.*

                            /s/ Benjamin C. Eggert
                            Benjamin C. Eggert

369971 v 1