**EXHIBIT 1**

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| AMINA FAROOQ Individually, and as the Personal Representative of the Estate of Nadir Farooq | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 06-211 (RMC) |
| MDRB CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given on this 4th day of September, 2007, that Amina Farooq, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Court's Order, granting MDRB's Motion for Summary Judgment, entered on the 3rd day of August, 2007.

Respectfully submitted,

Gregory L. Lattimer, [371926]
1100 H Street, N.W.
Suite 920
Washington, DC 20005
(202) 638-0095

CLERK: Please mail a copy of this Notice of Appeal to the following at the address indicated.

Paul S. Fitzsimmons
SAUL EWING LLP
1025 Thomas Jefferson Street, N.W.
Suite 425W
Washington, D.C. 20007