UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>MDRB CORP. T/A RAMADA LIMITED CORP.<br><br>  Defendant. | CIVIL ACTION NO. 1:06-cv-01086-HHK |

### [PROPOSED] ORDER

Upon consideration of Essex Insurance Company's Motion to Lift Stay, it is hereby ORDERED that the stay of this action is lifted.

Dated: _____, 2008

                  _____
                  UNITED STATES DISTRICT JUDGE