UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESSEX INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MDRB CORP. T/A RAMADA LIMITED CORP.<br><br>    Defendant. | CIVIL ACTION NO. 1:06-cv-01086-HHK<br><br>NEXT SCHEDULED COURT EVENT:<br>Status Conference on<br>August 19, 2008 at 11:00 a.m. |

### STIPULATED DISMISSAL

Plaintiff Essex Insurance Company and Defendant MDRB Corporation t/a Ramada Limited Corporation, through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own attorneys' fees and costs.

Dated: August 18, 2008

Respectfully submitted,

By: /s/ Benjamin C. Eggert
    Sean M. Hanifin, D.C. Bar No. 358347
    Benjamin C. Eggert, D.C. Bar No. 474218
    ROSS, DIXON & BELL, LLP
    2001 K Street, N.W.
    Washington, D.C. 20006-1040
    Telephone: (202) 662-2000
    Facsimile: (202) 662-2190

*Attorneys for Plaintiff*
*Essex Insurance Company*

By: /s/ Gerald W. Heller
    Gerald W. Heller, D.C. Bar No. 342857
    Linowes & Blocher LLP
    7200 Wisconsin Avenue
    Suite 800
    Bethesda, MD 20814-4842
    Telephone: (301) 654-0504
    Facsimile: (301) 654-2801

*Attorneys for Defendant*
*MDRB Corp. t/c Ramada Ltd. Corp.*

371867 v 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2008, a copy of the foregoing Essex Insurance Company's Motion to Lift Stay was (1) sent by first-class U.S. mail, postage prepaid to counsel listed below and (2) was filed electronically with the Clerk of the Court using the CM/ECF system, which also will send electronic notice of such filing to the following counsel of record:

>Gerald W. Heller, Esq.
>Linowes and Blocher, LLP
>7200 Wisconsin Avenue, Suite 800
>Bethesda, MD 20814-4842
>
>*Counsel for Defendant MDRB Corp. t/a Ramada Ltd. Corp.*

>/s/ Benjamin C. Eggert
>Benjamin C. Eggert